IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO. M06-G30 |
| | : | |
| MARIA GUERRA ESQUIVEL | : | |

## ORDER

A Preliminary Hearing was scheduled for December 19, 2006. Said hearing was scheduled for a determination as to whether there is probable cause to believe that Defendant committed the offense set forth in the Criminal Complaint. Defendant appeared at said hearing, with counsel. With advice of counsel, Defendant waived her right to Preliminary Hearing. Accordingly, the Court determines that there is probable cause to believe that Defendant committed the offense alleged in the Criminal Complaint.

SO ORDERED, this 19th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)